1  Craig L. Winterman (Bar No. 75220)
   Email: *cwinterman@hrllp-law.com*
2  Gary S. Yates (Bar No. 91262)
   Email: *gyates@hrllp-law.com*
3  HERZFELD & RUBIN LLP
   1925 Century Park East, Suite 900
4  Los Angeles CA 90067
   Telephone: (310) 553-0451
5  Facsimile (310) 553-0648

6  Attorneys for Defendant:
   VOLKSWAGEN GROUP OF AMERICA, INC.
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| SUZANNE BELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTH BAY MOTORS, LLC, a California limited liability company, d.b.a. PACIFIC VOLKSWAGEN; VWGOA CREDIT, INC., a Delaware Corporation; VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants | CASE NO. 2:12-cv-03039-R-JCG<br><br>District Judge:<br>Hon. Manuel L. Real<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Filed: February 29, 2012 |

1  Plaintiff Suzanne Bell ("Plaintiff") and Volkswagen Group of America,
2  Inc. through their undersigned counsel, hereby stipulate and agree as follows:
3  **WHEREAS,** on February 29, 2012, Plaintiff, individually, and on behalf
4  of a class of similarly situated individuals filed a class action complaint in the
5  Superior Court of the State of California in the County of Los Angeles.
6  **WHEREAS** the Complaint sets forth eight causes of action.  The first
7  seven causes of action are against entities other than Defendant Volkswagen
8  Group of America, Inc.  The first seven causes of action allege class action
9  claims. The only cause of action alleged against Defendant Volkswagen Group
10 of America, Inc. is the eighth cause of action sounding in a violation of the Song-
11 Beverly Consumer Warranty Act (Civil Code §1790).
12 **WHEREAS**, on March 7, 2012, Plaintiff served her Complaint on
13 Defendant Volkswagen Group of America, Inc.
14 **WHEREAS**, Defendant Volkswagen Group of America, Inc. answer or
15 otherwise responsive pleading to the Complaint was due on or before April 6,
16 2012.
17 **WHEREAS**, on April 2, 2012 Plaintiff granted Defendant Volkswagen
18 Group of America, Inc. an extension up to and including April 20, 2012.
19 **WHEREAS**, on April 6, 2012, VW Credit, Inc. removed the case to
20 United States District Court, Central District of California.
21 **WHEREAS**, Defendant Volkswagen Group of America, Inc.'s answer or
22 other response to the Complaint is presently due to be filed and served on or
23 before April 20, 2012.
24 **WHEREAS**, on April 19, 2012, Plaintiff Suzanne Bell and Defendant
25 Volkswagen Group of America, Inc. resolved the claims set forth in Plaintiff's
26 Complaint as against Volkswagen Group of America, Inc.
27 **WHEREAS**, the Plaintiff and Defendant Volkswagen Group of America,
28 Inc. are preparing appropriate settlement documents which need to be reviewed

and executed.

**WHEREAS**, the Parties, through their respective counsel of record, stipulated and agreed, pursuant to Local Rule 8-3, that Defendant Volkswagen Group of America, Inc. will have an extension of time of up to and including May 21, 2012 in order to complete the settlement documents and/or to answer or otherwise respond to the Complaint.

**THEREFORE, IT IS HEREBY STIPULATED BY THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL**, that Defendant Volkswagen Group of America, Inc. will have through and including May 21, 2012 to complete the settlement documents and/or to answer or otherwise respond to the Complaint.

Dated:  April 20, 2012         Respectfully submitted,

                               HERZFELD & RUBIN, LLP


                               By:/s/_____
                                  Craig Winterman

                                  Attorney for Defendant
                                  Volkswagen Group of America, Inc.


Dated:  April 20, 2012         Respectfully submitted,

                               ROSNER, BARRY & BABBITT, LLP


                               By:/s/_____
                                  Christopher P. Barry
                                  Attorneys for Plaintiff