JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUZANNE BELL, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SOUTH BAY MOTORS, LLC, a California limited liability company, d.b.a PACIFIC VOLKSWAGEN; VW CREDIT, INC., a Delaware Corporation; VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 2:12-cv-03039-R-JCG<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND TO STATE COURT**<br><br>Date:　　June 4, 2012<br>Time:　　10:00 a.m.<br>Crtrm:　　8, 2nd Floor<br>Judge:　　Hon. Manuel L. Real |

1  Plaintiff's Motion For Remand To State Court (Dkt. # 17 ) was heard on June 4, 2012, in the United States District Court for the Central District of California, before the Honorable Manuel L. Real, in Courtroom 8. All parties appeared through counsel.

The Court, having considered the documents on file and all other matters presented, rules that Plaintiff's motion is GRANTED. Pursuant to 28 U.S.C. § 1447(c), this action is hereby REMANDED to the Superior Court of the State of California, County of Los Angeles.

IT IS SO ORDERED.

DATED: June 11, 2012

By: _____
Hon. Manuel L. Real
U.S. District Judge

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND